No. 87–6325.  PERRY *v.* LEEKE, COMMISSIONER, SOUTH CARO-
LINA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 4th Cir.

[Certiorari granted, *ante*, p. 976.] Motion for appointment of counsel granted, and it is ordered that W. Gaston Fairey, Esq., of Columbia, S. C., be appointed to serve as counsel for petitioner in this case.